**T&H THOMAS, THOMAS & HAFER** LLP
— Attorneys At Law —

Street Address:
305 North Front Street, Harrisburg, PA 17101
Mailing Address:
P.O. Box 999, Harrisburg, PA 17108
Phone: 717.237.7100 Fax: 717.237.7105

R. Burke McLemore, Jr.
(717) 255-7647
bmclemore@tthlaw.com

February 19, 2018

Honorable John E. Jones, III
United States District Judge
U.S. District Court, Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

> RE: Mary Black v. United States of America
> Case No. 1:17-cv-01477
> Report of Mediator

Dear Judge Jones:

    Mediation of this matter was scheduled to occur as ordered on February 19, 2018; however, prior to the mediation the parties advised that the matter had been fully settled. The parties therefore request that you issue a 60-day dismissal order. Thank you for the opportunity to serve the Court in this capacity.

Very truly yours,

THOMAS, THOMAS & HAFER, LLP

R. Burke McLemore, Jr.

RBM/rbm
Enclosure: Report of Mediator

Cc: Philip S. Cosentino, Esquire
Cc: Michael J. Butler, Esquire

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY BLACK,<br>    Plaintiff | 1:17-cv-1477<br>Judge Jones |
| vs. | |
| UNITED STATES OF AMERICA,<br>    Defendant | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was not held as scheduled on February 19, 2018 because the parties reached an amicable resolution of the matter on February 15, 2018, thus rendering the conference unnecessary.

The case, however, has been completely settled and the parties therefore request that you issue a 60-day dismissal order.

Respectfully submitted,

Date: February 19, 2018

_____
R. Burke McLemore, Jr., Esquire